IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00280-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLEVEN SCOTT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a sentence reduction, (Doc. No. 37), and the government's response, (Doc. No. 42). However, the defendant was granted executive clemency from his sentence of imprisonment by former President Biden effective May 16, 2025. (Doc. No. 43).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 37), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: February 4, 2025

Robert J. Conrad, Jr.
United States District Judge